x:\tc51646\appear

WDJ/ls
File No.: TC-51646

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
WILSON SANCHEZ,

                          Plaintiff,

         -against-

100 CHURCH, LLC, 222 BROADWAY, LLC, ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC.,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC, CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT
CLEANING CO., INC., CUHMAN & WAKEFIELD,
INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVIVCES CO., LAW
ENGINEERING P.C., MERRILL LYNCH & CO, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC, STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, TRC ENGINEERS, INC., WESTON
SOLUTIONS, INC., WFP TOWER D CO. G.P. CORP.,
WFP TOWER D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D HOLDING I
G.P. CORP., WFP TOWER D. CO., L.P. AND ZAR
REALTY MANAGEMENT CORP., ET AL,

                          Defendants.
------------------------------------------------------------------X

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

COUNSELORS:

PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

_____
WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700