UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------X

WILSON SANCHEZ, : 07-CV-5386-AKH

              Plaintiff, :

          : **APPEARANCE**

  - against - :

100 CHURCH, LLC, *et al.*, :

      : **ELECTRONICALLY FILED**

            Defendants. :
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                              By:    /s/ Judith R. Cohen
                                                  Judith R. Cohen (JC-8614)
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Phone: (212) 277-6500
                                                  Fax: (212) 277-6501
                                                  *Attorney for Defendants*
                                                  MERRILL LYNCH & CO., INC. and
                                                   222 BROADWAY, LLC