UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                      :

IN RE: WORLD TRADE CENTER LOWER:     21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION

                                      :     ELECTRONICALLY FILED
                                       :

---------------------------------------------------------------- x
WILSON SANCHEZ,                          :
                                          Case No.: 07CV05386 (AKH)

                   Plaintiff,         :

               v.                   :     **NOTICE OF ADOPTION OF**
                                        **MASTER ANSWER BY**
100 CHURCH, LLC, ET. AL.,            :     **DEFENDANT JPMORGAN**
                                         **CHASE BANK N.A.**
                   Defendants.       :
---------------------------------------------------------------- x

         PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

         WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated: New York, New York
        December 17, 2007

                                   SATTERLEE STEPHENS BURKE & BURKE LLP


                                 By: /s/James J. Coster_____
                                     James J. Coster (JC-1431)
                                 230 Park Avenue

New York, New York 10169
Tel.: (212) 818-9200
Fax: (212) 818-9606
Attorneys for Defendant
JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
       Law Office of Gregory J. Cannata
       233 Broadway
       New York, NY 10279

       Robert Grochow, Esq.
       Law Office of Robert Grochow
       233 Broadway
       New York, NY 10279

       Christopher LoPalo, Esq.
       Worby Groner Edelman Napoli and Bern
       115 Broadway, 12th Floor
       New York, New York 10006