KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION,

-------------------------------------------------------------------x
WILSON SANCHEZ,                      DOCKET NO.:
                                     07 CV 05386

              Plaintiff,

      -against-

100 CHURCH, LLC, 222 BROADWAY, LLC           NOTICE OF
25 BROADWAY OFFICE PROPERTIES, LLC           APPEARANCE
63 WALL STREET, INC., 63 WALL, INC., 90
CHURCH STREET LIMITED PARTNERSHIP,
ACT A REALTY, CORP., ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., BATTERY PARK
CITY AUTHORITY, BELFOR USA GROUP, INC,.
BFP ONE IBERTY PLAZA CO,. LLC BLACKMON-
MOORING STEAMATIC CATASTOPHE,
INC., d/b/a BMS CAT, BOARD OF EDUCATION OF
THE CITY OF NEW YORK, BOARD OF MANAGERS
OF HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.C., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., BROWN BROTHERS HARRIMAN
& CO., INC., CHASE MANHATTAN BANK
CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF

BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWER ASSOCIATES, INC., INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC NEW LIBERTY PLAZA, LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, ONE LIBERTY PLAZA, R Y MANAGEMENT
CO., INC., RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC
RY MANAGEMENT, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THAMES REALTY CO.,
THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
THEONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., TRC
ENGINEERS, INC., TRIBECA LANDING LLC, VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA CO., G.P., CORP., WFP
TOWER D CO., G.P., CORP., WFP TOWER D
HOLDING CO., I. LP., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLD I. G.P., CORP., WFPT TOWER D CO.,
L.P., WORLD FINANCIAL PROPERTIES, L.P.,
and ZAR REALTY MANAGEMENT CORP., et al.

                          Defendants.

------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for:

CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.

I certify that I am admitted to practice in this court.

Dated: New York, New York
January 9, 2008

          Kevin G. Horbatiuk
          Kevin G. Horbatiuk (KGH4977)
          Attorneys for Defendant
          **CUNNINGHAM DUCT WORK s/h/i/a**
          **CUNNINGHAM DUCT CLEANING CO., INC.**
          RUSSO, KEANE & TONER, LLP
          26 Broadway, 28th Floor
          New York, New York 10004
          (212) 482-0001
          RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **WILSON SANCHEZ**
       115 Broadway 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 9th day of January, 2008.

    CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiff
    **WILSON SANCHEZ**
    115 Broadway 12th Floor
    New York, New York 10006

                                      KEVIN G. HORBATIUK