KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION, | 21 MC 102 (AKH) |

----------------------------------------------------------------x

| | |
|---|---|
| WILSON SANCHEZ, | DOCKET NO.: 07 CV 05386 |
| Plaintiff, | |
| -against- | |
| 100 CHURCH, LLC, 222 BROADWAY, LLC 25 BROADWAY OFFICE PROPERTIES, LLC 63 WALL STREET, INC., 63 WALL, INC., 90 CHURCH STREET LIMITED PARTNERSHIP, ACT A REALTY, CORP., ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC,. BFP ONE IBERTY PLAZA CO,. LLC BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., BROWN BROTHERS HARRIMAN & CO., INC., CHASE MANHATTAN BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO., CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |

BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GENERAL RE SERVICES CORP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW
TOWER ASSOCIATES, INC., INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MERILL LYNCH & CO.,
INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC NEW LIBERTY PLAZA, LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NEW YORK CITY
SCHOOL CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, ONE LIBERTY PLAZA, R Y MANAGEMENT
CO., INC., RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC
RY MANAGEMENT, SABINE ZERARKA,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THAMES REALTY CO.,
THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
THEONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., TRC
ENGINEERS, INC., TRIBECA LANDING LLC, VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA CO., G.P., CORP., WFP
TOWER D CO., G.P., CORP., WFP TOWER D
HOLDING CO., I. LP., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLD I. G.P., CORP., WFPT TOWER D CO.,
L.P., WORLD FINANCIAL PROPERTIES, L.P.,
and ZAR REALTY MANAGEMENT CORP., et al.

                           Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO,

KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
January 9, 2008

> Kevin G. Horbatiuk
> Kevin G. Horbatiuk (KGH4977)
> Attorneys for Defendant
> **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
> RUSSO, KEANE & TONER, LLP
> 26 Broadway, 28th Floor
> New York, New York 10004
> (212) 482-0001
> RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**WILSON SANCHEZ**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 9th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**WILSON SANCHEZ**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**