Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

WILSON SANCHEZ,                                    Index No.: 07-CV-05386
                Plaintiff(s),

   -against-                                         **NOTICE OF ADOPTION OF ANSWER
                                                                 TO MASTER COMPLAINT**

100 CHURCH, LLC, *et al.*,                         **ELECTRONICALLY FILED**

                Defendant(s).
------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 3, 2008

                      Yours etc.,

                      McGIVNEY & KLUGER, P.C.
                      Attorneys for Defendant
                      BROWN BROTHERS HARRIMAN & CO., i/s/h/a
                      BROWN BROTHERS HARRIMAN & CO., INC.

                      By: _____
                      Richard E. Leff (RL-2123)
                      80 Broad Street, 23rd Floor
                      New York, New York 10004
                      (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel