UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

WILSON SANCHEZ

                             Plaintiff,

                                                      Index No.: 07 cv 05386
          -against-

RELATED BPC ASSOCIATES, INC.,             **NOTICE OF**
RELATED MANAGEMENT CO., L.P.,           **APPEARANCE**
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC.          **ELECTRONICALLY**
                             Defendants.         **FILED**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
             January 23, 2008

                                         LONDON FISCHER LLP

                         By:    _[signature]_
                                       Gillian Hines Kost (GK-2880)
                                       59 Maiden Lane
                                       New York, New York 10038
                                       Phone: (212) 972-1000
                                       Fax: (212) 972-1030

                                       *Attorney for Defendants*

**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance