DONOVAN HATEM, LLP
One Penn Plaza, Suite 3324
New York, New York 10119
(212) 244-3333

Attorneys for Defendants:
25 BROADWAY OFFICE PROPERTIES, LLC and ACTA REALTY CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    21 MC 102 (AKH)
WILSON SANCHEZ,

                    Plaintiffs,

      -against-

25 BROADWAY OFFICE PROPERTIES, LLC. and
ACTA REALTY CORP.

                    Defendants.
-------------------------------------------------------------------X

Index No.: 07-CV-5386 (AKH)

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

      PLEASE TAKE NOTICE that Defendants, 25 BROADWAY OFFICE PROPERTIES, LLC. and ACTA REALTY CORP., by their attorneys, DONOVAN HATEM, LLP as for their Response to allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated January 31, 2008, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the Defendants, 25 BROADWAY OFFICE PROPERTIES, LLC. and ACTA REALTY CORP., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
February 5, 2008

**DONOVAN HATEM LLP**
*Attorneys for Defendants*
*25 Broadway Office Properties, LLC. and ACTA Realty Corp.*

_____
David M. Pollack (6143)
One Penn Plaza, Suite 3324
New York, New York 10119
Tel: (212) 244-3333

To: GREGORY J. CANNATA
Plaintiff Liason
In re Lower Manhattan Disaster Site Litigation
233 Broadway, 5th Floor
New York, New York 10279
(212) 533-9206

All Defense Counsel

01136750